[Crim. No. 819.   First Appellate District.—October 16, 1918.]

In the Matter of the Application of JOHN P. TUREK for a Writ of Habeas Corpus.

CRIMINAL LAW—VOID SENTENCE—INDETERMINATE SENTENCE LAW—RE-SENTENCE.—Prisoner discharged on authority of *In the Matter of Ex parte Bouchard, ante,* p. 441.

APPLICATION for Writ of Habeas Corpus.

The facts are stated in the opinion of the court.

Petitioner *in pro. per.*

U. S. Webb, Attorney-General, and John H. Riordan, Deputy Attorney-General, for Respondent.

THE COURT.—This is an application for a writ of *habeas corpus.* The facts are in all material respects the same and the principles of law involved are the same as in *Ex parte Bouchard, ante,* p. 441, [176 Pac. 692]. On the authority of that case the petitioner should be discharged. It is so ordered.

---

[Crim. No. 821.   First Appellate District.—October 16, 1918.]

In the Matter of the Application of OSCAR JACOBSON for a Writ of Habeas Corpus.

CRIMINAL LAW—VOID SENTENCE—INDETERMINATE SENTENCE LAW—RE-SENTENCE.—Prisoner discharged on the authority of *Ex parte Bouchard, ante,* p. 441.

APPLICATION for a Writ of Habeas Corpus.

The facts are stated in the opinion of the court.

Petitioner *in pro. per.*

U. S. Webb, Attorney-General, and John H. Riordan, Deputy Attorney-General, for Respondent.

THE COURT.—This is an application for a writ of *habeas corpus*. The facts are in all material respects the same and the principles of law involved are the same as in *Ex parte Bouchard, ante,* p. 441, [176 Pac. 692]. On the authority of that case the petitioner should be discharged. It is so ordered.

---

[Civ. No. 1872. Third Appellate District.—November 23, 1918.]

## MELODILE BRYANT et al., Appellants, v. BETTIE TISDALE BRYANT et al., Respondents.

DURESS.—Judgment affirmed on authority of *Tisdale* v. *Bryant, ante,* p. 750.

APPEAL from a judgment of the Superior Court of Kings County. M. L. Short, Judge.

The facts are stated in the opinion of the court.

Kottinger & Shepardson, for Appellants.

Jordan & Brann, for Respondents.

THE COURT.—This is the independent suit to which reference is made in the opinion filed this day in case No. 1892 (*ante,* p. 750, [177 Pac. 510]). As stated therein the two cases are similar, and they are controlled by the same principles. For the reasons stated in said opinion the judgment herein is affirmed.

A petition for a rehearing of this cause was denied by the district court of appeal on December 23, 1918.

38 Cal. App.—50